# United States District Court

**SOUTHERN** **DISTRICT OF** **FLORIDA**

UNITED STATES OF AMERICA

v.

**CRIMINAL COMPLAINT**

**SEAN FITZGERALD THOMPSON**

CASE NUMBER: 00-2737-Ams 4095

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 10, 2000**, in Fort Lauderdale, Broward County, in the Southern District of Florida, the defendant did,

knowingly and wilfully make a false statement in an application for a passport with the intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of such passport and the rules prescribed pursuant to such laws, in that the defendant stated in said application that he was a citizen of the United States, when in truth and in fact and as the defendant then and there well knew, he was not a citizen of the United States, in violation of Title 18, United States Code, Section 1542; and knowingly and wilfully representing himself to be a citizen of the United States, when in truth and in fact as the defendant then and there well knew, he was a citizen of the Bahamas, in violation of Title 18, United States Code, Section 911.

I further state that I am a Special Agent and that this complaint is based on the following facts:

See attached affidavit.

Signature of Complainant
**Special Agent Christopher J. Gillis**
**United States Department of State**

Sworn to before me, and subscribed in my presence,

May 4, 2000      at   **Miami, Florida**
Date                                                City and State

United States Magistrate Judge Andrea M. Simonton
Name and Title of Judicial Officer                Signature of Judicial Officer

**AFFIDAVIT**

I, Christopher J. Gillis, being duly sworn, hereby depose and say that:

1. I am a Special Agent with the Diplomatic Security Service, United States Department of State and have been so employed for 13 months. I have been trained in the conduct of passport fraud investigations. I previously worked in Law- Enforcement in the Commonwealth of Virginia, investigating fraudulent identities for five years. I make this affidavit based upon my own knowledge and upon information and documents provided to me in my official capacity. Since this document is made for a limited purpose, I have not included all investigative material concerning this investigation.

2. I have been assigned to investigate a complaint of false application for a United States Passport in violation of Title 18, United States Code, Section 1542. SEAN FITZGERALD THOMPSON submitted an application for a U.S. Passport at the Fort Lauderdale, Broward County, Clerk of the Circuit Court on 04-10-2000. Thompson provided a Baptismal certificate (as proof of U.S. citizenship) in the name of Sean Fitzgerald Thompson which showed that he was born in Miami, Miami-Dade County, on November 4, 1964. As proof of identity Thompson presented a Florida drivers license (#T512-786-64-404-0).

3. Subsequently, this Affiant was advised by the Office of Passport Services of the U.S. Department of State (Fraud Prevention Program) Miami Florida, that the birth records could not be verified. A verification of birth was attempted with the Office of Health and Vital Statistics, Florida. The verification check indicated that there was no record of birth for Sean Fitzgerald Thompson in the state of Florida for the entire calendar year of 1964.

4. Thompson was contacted by the Office of Passport Services to come in for a personal interview. On 4-18-00, Thompson presented additional documentation to the Office of Passport Services. Thompson presented a high school diploma from Miami Jackson Senior High School dated 1982; however, the records indicated that he was born in Nassau, Bahamas.

5. On 5-3-00, Thompson was interviewed by your Affiant. Thompson told this affiant that he never attended school in the Bahamas, however an inquiry was made with Anita Docherty, the principal of Freeport Anglican High School in the Bahamas who indicated that Thompson did attend the aforementioned school from 1978-79. Ms. Docherty faxed Thompson's School transcripts to this affiant from the Bahamas. This record also indicated that Thompson was in fact born in Nassau, Bahamas. Thompson was arrested. Thompson had in his possession a Bahamian Drivers License, a Airline ticket dated 02-08-99 from Freeport Bahamas to Miami Florida, and a Bahamas direct prepaid phone card. Thompson indicated to this affiant that he had the driver's license because he needed to drive when he went to the Bahamas.

6. A check of Immigrations records indicate that Thompson was issued a B-2 (tourist) visa on June 26, 1997. Moreover, a check with the U.S. Embassy Nassau, Bahamas indicated that

Thompson applied for a Tourist Visa on July 22, 1996. Further, a copy of the application has been forwarded to this affiant. The photograph of the male on the Tourist Visa application is the same male in the photograph on the passport application; both photographs show a picture of Thompson who has a very distinguishing scar on his forehead.

7. In view of the foregoing, I submit that there is cause to believe that on April, 10 2000 in the Southern District of Florida, Sean Fitzgerald Thompson did willfully and knowingly make a false statement in an application for a U.S. Passport, in violation of Title 18, United States Code, Section 1542 and did falsely represent himself to be a United States citizen, a violation of Title 18, United States Code, Section 911.

Further Affiant Sayeth Naught

Christopher J. Gillis Special Agent
U.S. Department of State

Sworn to and subscribed before me
this 4th day of May, 2000.

Andrea M. Simonton
United States Magistrate Judge
Southern District of Florida