UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA   )   Case Number: CR_____
               Plaintiff   )
                              )   REPORT COMMENCING CRIMINAL
   -vs-                )   ACTION
                              )
Sean Fitzgerald THOMPSON   )
             Defendant

TO: Clerk's Office     MIAMI     (FT. LAUDERDALE)     W. PALM BEACH
    U.S. District Court              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: ~~07:30~~ 5/03/00  12:30 ~~am~~/pm

(2) Language Spoken: English

(3) Offense(s) Charged: 18 USC 1542 Passport Fraud - False Statement in Application

(4) U.S. Citizen  [ ] Yes   [ ] No   [X] Unknown

(5) Date of Birth: 11/04/64

(6) Type of Charging Document: (check one)
    [ ] Indictment   [X] Complaint   To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _____

    COPY OF WARRANT LEFT WITH BOOKING OFFICER   [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 5/03/00     (9) Arresting Officer: Gillis

(10) Agency: U.S. Department of State   (11) Phone: (305) 536-5781
                                                            1-800-759-8888
(12) Comments: _____
                                                             7380316