COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Sean Fitzgerald Thompson (J)#     CASE NO: 00-4095-Simonton
AUSA: Lynn Rosenthal /Kaplan/     ATTNY: Bernardo Lopez
AGENT:     VIOL:
PROCEEDING: Inquiry re Counsel     BOND REC:
BOND HEARING HELD - yes/(no)     COUNSEL APPOINTED: APD
___ BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS:

FILED by _____ D.C.
MAY 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
___ Electronic Monitoring

Sworn for counsel
Partially indigent —
must pay
$100 nite
Reg of Court w/69
                day

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:    5-9-00    10:30am    BSS
PRELIM/ARRAIGN. OR REMOVAL:    5-18-00    11:00am    BSS
STATUS CONFERENCE: /s/ partial indigent    7-7-00    11:00am    BSS
DATE: 5-8-00    TIME: 2:00pm    TAPE # 00-031    PG #
         3:15pm              3140-3352
                             Recalled
                             3032
                             35  39