UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _00-4695-AIMS_

UNITED STATES OF AMERICA,

    Plaintiff,

vs. Sean Fitzgerald Thompson                                          5Sjw

    Defendant.
_____/

### ORDER ON PARTIAL INDIGENCY FOR APPOINTMENT
### OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS

THIS CAUSE having come before the Court on request of the Defendant for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. Section 3006A, and the Court having found after hearing that private funds are available for payment by the Defendant for partial reimbursement for the cost of such services, it is hereby,

**ORDERED AND ADJUDGED** that the above named Defendant shall pay the sum of _$100_ on or before _July 7, 2000_ to the Clerk of Court for deposit in the Treasury as reimbursement to the appropriation current at the time of payment, pursuant to 18 U.S.C. 3006A(f). Unless such payment is made on or before the above stated date the Court may terminate the appointment of counsel as the interest of justice may dictate. 18 U.S.C. Section 3006A(c). It is further **ORDERED** that a status conference on reimbursement will be held on _July 7, 2000_ at _1:00_ (a.m)/p.m.

**DONE AND ORDERED** at _Ft Lauderdale_, Florida this _5_ day of _May_, _2000_.

TAPE NO. _____

                                          UNITED STATES MAGISTRATE JUDGE

c:    AUSA
       Defense Counsel
       Financial Section
       Pretrial Services
       U.S. Marshal