UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6114** CR-ZLOCH

18 U.S.C. §1542
18 U.S.C. §911
18 U.S.C. §1621

MAGISTRATE JUDGE
SELTZER

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
vs.                            )
                               )
SEAN FITZGERALD THOMPSON,      )
                               )
            Defendant.         )
                               )
_____)

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about April 10, 2000, at Broward County, in the Southern District of Florida, the defendant,

### SEAN FITZGERALD THOMPSON,

did knowingly and willfully make a materially false statement in an application for a passport with the intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that the defendant stated in the said application that he was a United States citizen born in Miami, Florida, when in

truth and in fact, and as the defendant then and there well knew, he was not a United States citizen born in Miami, Florida; in violation of Title 18, United States Code, Section 1542.

## COUNT II

On or about April 10, 2000, at Broward County, in the Southern District of Florida, the defendant,

### SEAN FITZGERALD THOMPSON,

an alien, did knowingly and willfully falsely represent himself to be a citizen of the United States, in that he stated in an application for a United States passport that he was a United States citizen, born in Miami, Florida, in an attempt to induce and secure the issuance of a passport; in violation of Title 18, United States Code, Section 911.

## COUNT III

On or about April 10, 2000, at Broward County, in the Southern District of Florida, the defendant,

### SEAN FITZGERALD THOMPSON,

having duly taken an oath before a competent passport agent of the Department of State, duly authorized and empowered by the Secretary of State to administer oaths under the provisions of Title 22, United States Code, Section 213, to verify the truth of recitals in applications for passports, that the written declarations he had made on his application for a United States passport were true, did willfully and knowingly and contrary to said oath state material matters which he then and there did not believe to be true, in that he stated under oath as aforesaid that he was a United States citizen, born in the State of Florida, when in truth and in fact and as the defendant then and there well knew, he was not a

United States citizen, born in the State of Florida; in violation of Title 18, United States Code, Section 1621.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
LYNN D. ROSENTHAL
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant Name: SEAN FITZGERALD THOMPSON Case No.**

Count #: 1

Passport Fraud

18 U.S.C. §1542

**\*Max. Penalty: 10 years' Imprisonment; and $250,000 fine.**

Count #: 2

False Claims to Citizenship

18 U.S.C. § 911

**\*Max. Penalty: 3 years' Imprisonment; and $250,000 fine.**

Count #: 3

Perjury

18 U.S.C. § 1621

**\*Max. Penalty: 5 years' Imprisonment; and $250,000 fine.**

Count #:


**\*Max. Penalty:**

Count #:


**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable

10/9/98

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA         CASE NO. _____

v.                                **CERTIFICATE OF TRIAL ATTORNEY\***

SEAN FITZGERALD THOMPSON          **Superseding Case Information:**

**Court Division:** (Select One)    New Defendant(s)    Yes ____  No ____
                                    Number of New Defendants ____
___ Miami  ___ Key West             Total number of counts ____
_x_ FTL    ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No) NO _____
   List language and/or dialect _____

4. This case will take  _2_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                         (Check only one)

   I    0 to 5 days       _x_        Petty      ____
   II   6 to 10 days      ____       Minor      ____
   III  11 to 20 days     ____       Misdem.    ____
   IV   21 to 60 days     ____       Felony     _x_
   V    61 days and over  ____

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) YES _____
   If yes:
   Magistrate Case No.  00-2721-AMS
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of 05/03/00
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) __NO__

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? __ Yes _x_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

                                    _____
                                    LYNN D. ROSENTHAL
                                    ASSISTANT UNITED STATES ATTORNEY
                                    FLA. BAR NO. 343226

\*Penalty Sheet(s) attached                                    REV 4/7/99