

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6114-CR-Zloch

UNITED STATES OF AMERICA

vs

Sean Fitzgerlad Thompson              ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S
Seltzer on    5-9-00         , where the Defendant was arraigned and
plea of NOT GUILTY was entered.   Defendant and court-appointed/~~retain~~
counsel of record will be noticed for trial by the District Court Jud
assigned to this case.   The following information is current as of this dat

|  |  |
|---|---|
| DEFENDANT: | In Custody<br>Address:_____ |
|  | Telephone:_____ |
| DEFENSE COUNSEL: | Name:____FPD_____ |
|  | Address:_____ |
|  | Telephone:_____ |

BOND SET/CONTINUED:   $ 150,000 Corp Surety w/ nebbia stipulated.
            Both sides reserving right to proceed w/ PTD hearing at a
            later date.

Bond hearing held:  yes  x      no____  Bond hearing set for_____
                    ~~partially~~

Dated this____9____day of _____May_____, 2000 .

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK

By:_____
    Deputy Clerk

Tape No. __00-033_____

cc: Clerk for Judge
    U. S. Attorney