UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

USA

00-6114-CR-Zloch

V

SEAN FITZGERALD THOMPSON

FILED by _____ D.C.

MAY 9 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NOTICE OF FILING COPIES OF EXHIBITS

Attached are copies of exhibits provided by the Government during a pretrial detention hearing held in the above referenced case on May 9th, 2000. The hearing was held before Magistrate Judge Barry S. Seltzer.

Debbie Donovan
CRD for Magistrate Judge Seltzer



# UNITED STATES DEPARTMENT OF STATE
## APPLICATION FOR PASSPORT — Registered
(Type or print all capital letters in blue or black ink in white areas only)

**1. NAME (First and Middle)**: SEAN FITZGERALD
**LAST**: THOMPSON
**2. MAIL PASSPORT TO: STREET / RFD # OR P.O. BOX**: 540 NW 4TH AVENUE **APT. #**: 2908
**CITY**: FORT LAUDERDALE **STATE**: FL
**ZIP CODE**: 33311 **COUNTRY / IN CARE OF (if applicable)**: USA

045946581
☐ 5 Yr. ☐ 10 Yr. Issue Date
R D O DP
End # Exp.

**3. SEX**: M
**4. PLACE OF BIRTH**: MIAMI FLORIDA
**5. DATE OF BIRTH**: 11/04/64
**6. SOCIAL SECURITY NUMBER**: 264919192

**7. HEIGHT**: 6'0"
**8. HAIR COLOR**: BLACK
**9. EYE COLOR**: HAZEL
**10. HOME TELEPHONE**: (954) 523-5156
**11. BUSINESS TELEPHONE**: (954) 720-4000
**12. OCCUPATION**: COMPUTER TECHNICAL ENGINEER

**13. PERMANENT ADDRESS**: 540 N.W. 4TH AVE APT #290B FT-LAUD FL 33311

**14. FATHER'S FULL NAME**: THOMPSON, PATRICK **BIRTHPLACE**: MIA, FL **BIRTHDATE**: 03/17/39 **U.S. CITIZEN**: Yes
**15. MOTHER'S FULL MAIDEN NAME**: JOHNSON, MARIA **BIRTHPLACE**: South Carolina **BIRTHDATE**: 08/17/42

**16. HAVE YOU EVER BEEN MARRIED?**: No **SPOUSE'S OR FORMER SPOUSE'S FULL NAME AT BIRTH**: N/A **BIRTHPLACE**: N/A **BIRTHDATE**: N/A
**DATE OF MOST RECENT MARRIAGE**: — **WIDOWED/DIVORCED?**: No
**17. OTHER NAMES YOU HAVE USED**: N/A

**18. HAVE YOU EVER BEEN ISSUED A U.S. PASSPORT?**: No
**NAME IN WHICH ISSUED**: —
**MOST RECENT PASSPORT NUMBER**: —
**APPROXIMATE ISSUE DATE**: —
**DISPOSITION**: ☐ Submitted ☐ Stolen ☐ Lost ☐ Other

**19. EMERGENCY CONTACT**
**NAME**: TODD FREENEY
**STREET**: 1740 N.E. 2ND LANE
**CITY**: BOYNTON BEACH **STATE**: FL **ZIP CODE**: 33435
**TELEPHONE**: (561) 734-7130
**RELATIONSHIP**: FRIEND

**20. TRAVEL PLANS**
Date of Trip: 04/30/00
Length of Trip: 3 DAYS
COUNTRIES TO BE VISITED: BAHAMAS

**21. STOP. DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY PERSON ADMINISTERING OATH**
I have not, since acquiring United States citizenship, performed any of the acts listed under "Acts or Conditions" on the reverse of this application form (unless explanatory statement is attached). I solemnly swear (or affirm) that the statements made on this application are true and the photograph attached is a true likeness of me.

X _____ Parent's/Legal Guardian's Signature if identifying minor child
X _____ Applicant's Signature - age 13 or older

**22. FOR ACCEPTANCE AGENT'S USE**
Subscribed and sworn to (affirmed) before me
Month Day Year: 04/10/00 (SEAL)
☒ Clerk of Court, Location: FT. LAUDERDALE BROWARD COUNTY
☐ PASSPORT Agent
☐ Postal Employee
☐ (Vice) Consul USA
(Signature of person authorized to accept application)
BOARD OF COUNTY COMMISSIONERS
BROWARD COUNTY FLORIDA

**23. APPLICANT'S IDENTIFYING DOCUMENTS**
☒ DRIVER'S LICENSE **ISSUE DATE**: 11/5/99 **EXPIRATION DATE**: 11/04/03 **ID No**: T512-786-64-404-0
☐ PASSPORT
☐ OTHER (Specify) _____ **PLACE OF ISSUE**: FL **ISSUED IN THE NAME OF**: Sean Fitzgerald Thompson

**24. FOR ISSUING OFFICE USE ONLY (Applicant's evidence of citizenship)**
Victor, No birth (cert), FL, city — 98
☐ Birth Certificate Father, Patrick Thompson, 5-22-98
☐ Passport Bearer's Name
☐ Report of Birth Certificate, 1-3-65/81
☐ Naturalization/Citizenship Cert No.:
☐ School (cert), 1980 (age 16)
☐ Seen & Returned
☐ Attached

APPLICATION APPROVAL

**25. FEE**: $45 MB **EXEC**: $35 EF **EF**: **OTHER**:

Page 1
FORM DSP-11 (12-93) (SEE INSTRUCTIONS ON PAGE 2) Form Approved OMB No. 1405-0004 (Exp. 5-31-2001) Estimated Burden 20 Minutes

# Certificate of Baptism

Church of

St. Francis Xavier Catholoic

Miami, Florida

─◊ This is to Certify ◊─

That __Sean Fritzgerald Thompson__

Child of __Patrick Voltaire Thompson__

and __Maria Antonette Thompson__

born in __Miami__ (CITY) __Florida__ (STATE)

on the __4th__ day of __November__ 19 __64__

was **Baptized**

on the __3__ day of __January__ 19__65__

According to the Rite of the Roman Catholic Church

by the Rev. __Joseph O'keefe__

the Sponsors being { __Norris Kerr__ / __Pamela Kerr__ }

as appears from the Baptismal Register of this Church.

Dated __May 10, 1981__

*Fr. William E. Masons, OMI*
Pastor



**STATE OF FLORIDA**

**OFFICE of VITAL STATISTICS**

CERTIFIED COPY

January 13, 1998

Sean Thompson
5670 Buchanan Street
Hollywood Fla  33021

Dear Applicant,

This is to certify that a thorough search of the central registry of Florida containing all counties in Florida has failed to locate a record that falls within the criteria specified below:

Type of event:           Birth

Name(s):                 Sean Fitzgerald Thompson

Calendar year(s) searched:   1964

This statement may be used as prima facie evidence that, based upon the information provided, the event is not recorded in this registry.

Sincerely,

Kenneth T. Jones
Vital Statistics Administrator
Office of Vital Statistics

pk 980090093

HRS Form 1226, Apr 90

THIS IS A CERTIFIED TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE

BY                                              State Registrar

**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY WATERMARKED PAPER AND CONTAINS SECURITY FIBERS DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK
9454757   THE DOCUMENT FACE CONTAINS A MULTI-COLORED BACKGROUND AND GOLD EMBOSSED SEAL. THE BACK CONTAINS SPECIAL LINES WITH TEXT AND SEALS IN THERMOCHROMIC INK

FLORIDA DEPARTMENT OF HEALTH

HRS FORM 1564 (10-96)

**CERTIFICATION OF VITAL RECORD**

VOID IF ALTERED OR ERASED

## THE FREEPORT HIGH SCHOOL PERMANENT RECORD CARD

POST OFFICE BOX F881  FREEPORT, BAHAMAS

NAME: THOMPSON (LAST) SEAN (FIRST) FITZGERALD (MIDDLE)
ADDRESS: 52 EPSON ROAD
PARENT'S NAME: MARIA A.T. THOMPSON
PLACE OF BIRTH: NASSAU
PARENT'S OCCUPATION: OFFICE MANAGERESS

DATE OF BIRTH: 04 (MONTH) 11 (DAY) 64 (YEAR)
DATE ENTERED: 21 (DAY) 08 (MONTH) 78 (YEAR)
PREVIOUS SCHOOL: HAWKSBILL HIGH SCHOOL
DATE OF SATISFACTORY COMPLETION (GRADUATION): (DAY) (MONTH) (YEAR)

### (FORM II) 7TH SUBJECT

| SUBJECT | SCHOLARSHIP 1 | 2 | 1 | EX. | C.R. |
|---|---|---|---|---|---|
| LANGUAGE | | | | | |
| LITERATURE | | | | | |
| FRENCH/SPANISH | | | | | |
| HISTORY | | | | | |
| GEOGRAPHY | | | | | |
| MATHEMATICS | | | | | |
| TECHNICAL DRAWING | | | | | |
| HOME ECONOMICS | | | | | |
| BIOLOGY | | | | | |
| CHEMISTRY | | | | | |
| PHYSICS | | | | | |
| ART | | | | | |
| PHYS ED & GAMES | | | | | |
| BUSINESS STUDIES | | | | | |
| RELIGIOUS STUDIES | | | | | |

### (FORM III) 8TH SUBJECT

| SUBJECT | SCHOLARSHIP 1 | 2 | 1 | EX. | C.R. |
|---|---|---|---|---|---|
| LANGUAGE | | | | | |
| LITERATURE | | | | | |
| FRENCH/SPANISH | | | | | |
| HISTORY | | | | | |
| GEOGRAPHY | | | | | |
| MATHEMATICS | | | | | |
| TECHNICAL DRAWING | | | | | |
| HOME ECONOMICS | | | | | |
| BIOLOGY | | | | | |
| CHEMISTRY | | | | | |
| PHYSICS | | | | | |
| ART | | | | | |
| PHYS ED & GAMES | | | | | |
| BUSINESS STUDIES | | | | | |
| RELIGIOUS STUDIES | | | | | |

### (FORM IV) 9TH SUBJECT / (FORM III) 10 [18 78 19]

| SUBJECT | SCHOLARSHIP 1 | 2 | 1 | EX. |
|---|---|---|---|---|
| LANGUAGE | 53 | 57 | 63 | 55 |
| LITERATURE | 71 | 48 | 78 | 77 |
| FRENCH/SPANISH | 51 | 8 | 54 | 60 |
| HISTORY | 65 | 58 | 66 | 78 |
| GEOGRAPHY | 41 | 54 | 64 | 47 |
| MATHEMATICS | 25 | 48 | 43 | 6 |
| TECHNICAL DRAWING | 42 | 66 | 65 | X |
| HOME ECONOMICS | - | - | - | - |
| BIOLOGY | 64 | 70 | 62 | 17 |
| CHEMISTRY | 40 | 61 | 71 | 50 |
| PHYSICS | 56 | 73 | 71 | 65 |
| ART | - | - | - | - |
| PHYS ED & GAMES | 60 | C | 265 | - |
| BUSINESS STUDIES | - | - | - | - |
| RELIGIOUS STUDIES | 78 | 67 | 72 | 50 |

4 Merits

### (FORM V) 10TH SUBJECT

| SUBJECT | SCHOLARSHIP 1 | 2 | 1 | EX. | C.R. |
|---|---|---|---|---|---|
| LANGUAGE | | | | | |
| LITERATURE | | | | | |
| FRENCH/SPANISH | | | | | |
| HISTORY | | | | | |
| GEOGRAPHY | | | | | |
| MATHEMATICS | | | | | |
| TECHNICAL DRAWING | | | | | |
| HOME ECONOMICS | | | | | |
| BIOLOGY | | | | | |
| CHEMISTRY | | | | | |
| PHYSICS | | | | | |
| ART | | | | | |
| PHYS ED & GAMES | | | | | |
| BUSINESS STUDIES | | | | | |
| RELIGIOUS STUDIES | | | | | |

### (FORM VI) 10TH SUBJECT

| SUBJECT | SCHOLARSHIP 1 | 2 | 1 | EX. | C.R. |
|---|---|---|---|---|---|
| LANGUAGE | | | | | |
| LITERATURE | | | | | |
| FRENCH/SPANISH | | | | | |
| HISTORY | | | | | |
| GEOGRAPHY | | | | | |
| MATHEMATICS | | | | | |
| TECHNICAL DRAWING | | | | | |
| HOME ECONOMICS | | | | | |
| BIOLOGY | | | | | |
| CHEMISTRY | | | | | |
| PHYSICS | | | | | |
| ART | | | | | |
| PHYS ED & GAMES | | | | | |
| BUSINESS STUDIES | | | | | |
| RELIGIOUS STUDIES | | | | | |

### (FORM VII) 10TH SUBJECT

| SUBJECT | SCHOLARSHIP 1 | 2 | 1 | EX. |
|---|---|---|---|---|
| LANGUAGE | | | | |
| LITERATURE | | | | |
| FRENCH/SPANISH | | | | |
| HISTORY | | | | |
| GEOGRAPHY | | | | |
| MATHEMATICS | | | | |
| TECHNICAL DRAWING | | | | |
| HOME ECONOMICS | | | | |
| BIOLOGY | | | | |
| CHEMISTRY | | | | |
| PHYSICS | | | | |
| ART | | | | |
| PHYS ED & GAMES | | | | |
| BUSINESS STUDIES | | | | |
| RELIGIOUS STUDIES | | | | |



(4)

## NONIMMIGRANT VISA APPLICATION

**1. SURNAMES OR FAMILY NAMES** (Exactly as in Passport)

**2. FIRST NAME AND MIDDLE NAME** (Exactly as in Passport)
SEAN FITZGERALD I

**3. OTHER NAMES** (Maiden, Religious, Professional, Aliases)

**4. DATE OF BIRTH** (Day, Month, Year): 04-11-64
**5. PASSPORT NUMBER:** R090009
**6. PLACE OF BIRTH** City, Province: NASSAU  County: BAHAMAS
**DATE PASSPORT ISSUED** (Day, Month, Year): 02-07-96
**7. NATIONALITY** / SEX: ☐ MALE ☐ FEMALE
**DATE PASSPORT EXPIRES** (Day, Month, Year): 02-07-?6

**9. HOME ADDRESS** (include apartment no., street, city, province, and postal zone): # 1A WATER FALL DRIVE P.O. BOX F-41526 FREEPORT, BAHAMAS

**10. NAME AND STREET ADDRESS OF PRESENT EMPLOYER OR SCHOOL** (Postal box number unacceptable): GRAND BAHAMA BEACH HOTEL ROYAL PALM WAY P.O. BOX F-42496 FREEPORT BAHAMAS

**11. HOME TELEPHONE NO:** (809) 373-6357
**12. BUSINESS TELEPHONE NO:** (809) 373-1333
**13. COLOR OF HAIR:** BLACK
**14. COLOR OF EYES:** BROWN
**15. COMPLEXION:** BROWN
**16. HEIGHT:** 6'0"
**17. MARKS OF IDENTIFICATION:** SCARS ON FACE
**18. MARITAL STATUS:** ☒ Married ☐ Single ☐ Widowed ☐ Divorced ☐ Separated
If married, give name and nationality of spouse
ANTOINETTE M. THOMPSON (BAHAMIAN) 1750972

**19. NAMES AND RELATIONSHIPS OF PERSONS TRAVELING WITH YOU:**
ANTOINETTE M. THOMPSON (WIFE)
SEAN F. THOMPSON II (SON)

**20. HAVE YOU EVER APPLIED FOR A U.S. VISA BEFORE. WHETHER IMM GRANT OR NONIMMIGRANT?**
☐ No ☒ Yes Where? NASSAU
When? FEB 25 1993 Type of visa? B-2
☒ Visa was issued ☐ Visa was refused

**21. HAS YOUR U.S. VISA EVER BEEN CANCELED?**
☒ No ☐ Yes Where?

**DO NOT WRITE IN THIS SPACE**
OTHER _____ MAX
Visa Classification
MULT OR
MONTHS _____ Validity
L.O. CHECKED
ISSUED/REFUSED ON 1/20/97 BY
UNDER SEC.
REFUSAL REVIEWED BY
Robert A. Klem Consul

PT/PV

NPP

**24. PRESENT OCCUPATION:** HOTEL NIGHT MANAGER
**25. WHO WILL FURNISH FINANCIAL SUPPORT, INCLUDING TICKETS?** MYSELF/SPOUSE
**26. AT WHAT ADDRESS WILL YOU STAY IN THE U.S.A?** HOTEL
**27. WHAT IS THE PURPOSE OF YOUR TRIP?** VACATION
**28. WHEN DO YOU INTEND TO ARRIVE IN THE U.S.A?** AUGUST 21, 1996
**29. HOW LONG DO YOU PLAN TO STAY IN THE U.S.A?** 1 WEEK
**HAVE YOU EVER BEEN IN THE U.S.A?** ☐ No ☒ Yes When? NOV 4 1995
For how long? 3 DAYS

COMPLETE ALL QUESTIONS ON REVERSE OF FORM



32. ARE ANY OF THE FOLLOWING IN THE U.S.? (IF YES, circle appropriate relationship and indicate that person's status in the U.S., i.e., studying, working, U.S. permanent resident, U.S. citizen, etc.)

HUSBAND/WIFE _____  FIANCE/FIANCEE _____  BROTHER/SISTER _____
FATHER/MOTHER _____  SON/DAUGHTER _____

33. PLEASE LIST THE COUNTRIES WHERE YOU HAVE LIVED FOR MORE THAN 6 MONTHS DURING THE PAST 5 YEARS. BEGIN WITH YOUR PRESENT RESIDENCE.

| Countries | Cities | Approximate Dates |
|---|---|---|
| FREEPORT BAHAMAS | FREEPORT | JULY/1982 – PRES |

34. IMPORTANT ALL APPLICANTS MUST READ AND CHECK THE APPROPRIATE BOX FOR EACH ITEM:

A visa may not be issued to persons who are within specific categories defined by law as inadmissible to the United States (except when a waiver is obtained in advance). Are any of the following applicable to you?

- Have you ever been afflicted with a communicable disease of public health significance, a dangerous physical or mental disorder, or been a drug abuser or addict? ☐ Yes ☒ No
- Have you ever been arrested or convicted for any offense or crime, even though subject of a pardon, amnesty, or other such legal action? ☐ Yes ☒ No
- Have you ever been a controlled substance (drug) trafficker, or a prostitute or procurer? ☐ Yes ☒ No
- Have you ever sought to obtain or assist others to obtain a visa, entry into the U.S., or any U.S. immigration benefit by fraud or willful misrepresentation? ☐ Yes ☒ No
- Were you deported from the U.S.A. within the last 5 years? ☐ Yes ☒ No
- Do you seek to enter the United States to engage in export control violations, subversive or terrorist activities, or any unlawful purpose? ☐ Yes ☒ No
- Have you ever ordered, incited, assisted, or otherwise participated in the persecution of any person because of race, religion, national origin, or political opinion under the control, direct or indirect, of the Nazi Government of Germany, or of the government of any area occupied by, or allied with, the Nazi Government of Germany, or have you ever participated in genocide? ☐ Yes ☒ No

A YES answer does not automatically signify ineligibility for a visa, but if you answered YES to any of the above, or if you have any question in this regard, personal appearance at this office is recommended. If appearance is not possible at this time, attach a statement of facts in your case to this application.

35. I certify that I have read and understood all the questions set forth in this application and the answers I have furnished on this form are true and correct to the best of my knowledge and belief. I understand that any false or misleading statement may result in the permanent refusal of a visa or denial of entry into the United States. I understand that possession of a visa does not entitle the bearer to enter the United States of America upon arrival at port of entry if he or she is found inadmissible.

DATE OF APPLICATION  JULY 22, 1996

APPLICANT'S SIGNATURE

If the application has been prepared by a travel agency or another person on your behalf, the agent should indicate name and address of agency or person with appropriate signature of individual preparing form.

SIGNATURE OF PERSON PREPARING FORM
(if other than applicant)

DO NOT WRITE IN THIS SP



OPTIONAL FORM 156 (Rev 6-93) PAGE 2
Department of State



# GRAND BAHAMA
## *Beach*
### HOTEL

July 11, 1996

American Embassy
Nassau, New Providence
Bahamas

Dear Sirc,

**RE:  Mr. Sean Thompson**

This letter serves to confirm the employment of Mr. Sean Thompson with Grand Bahama Beach Hotel, Freeport, Grand Bahama, Bahamas.

Mr. Thompson is desirous of obtaining a visitor visa, for the purpose of a pleasure trip to the United States.

Any assistance given to him in obtaining this document will be appreciated.

Sincerely yours,
**Grand Bahama Beach Hotel**

*W Ferguson*

Mercynth Ferguson
Human Resources Manager

MF/br

P.O. Box F-42496, Royal Palm Way, Freeport, Grand Bahama, Bahamas
*Telephone: (809) 373-1333 / Fax: (809) 373-8662*

# GRAND BAHAMA
## Beach
### HOTEL

May 8, 1997

American Embassy
Nassau, New Providence
Bahamas

Dear Sirs/Madame,

RE: Mr. Sean Thompson

This serves to confirm the employment of Mr. Sean Thompson with our company. He is desirous of obtaining a "visitor's visa" for his son, Sean Thompson Jr.

Any assistance given to him in obtaining this document will be appreciated.

Sincerely yours,
GRAND BAHAMA BEACH HOTEL

*Mercynth Ferguson*
Mercynth Ferguson
Human Resources Manager

/mf

P.O. Box F-42496, Royal Palm Way, Freeport, Grand Bahama, Bahamas
Telephone: (809) 373-1333 / Fax: (809) 373-8662




1031608    2 1   04 11   64 M

10·11·98   30·11·99   1

#1A. SEAN F. THOMPSON #15 WATERFALL DRIVE GRAND BAHAMA.





*Contact any social security office immediately if you:*
- lost your card — to get a duplicate card
- change your name — to get a card in your new name.
- are unable to work because of a severe disability expected to last a year or more.
- are 62 or older — to ask about retirement checks.
- are within 2 or 3 months of age 65, even if you don't plan to retire — to sign up for Medicare.

U.S. Department of Health, Education, and Welfare
Social Security Administration
Form OA-702 (4-76)

10 316 08



"NOTHING WILL EVER BE ATTEMPTED IF ALL POSSIBLE OBJECTIONS MUST FIRST BE OVERCOME"
DR SAMUEL JOHNSON

THE SCHOOL BOARD OF DADE COUNTY, FLORIDA

MR PAUL L CEJAS CHAIRMAN

MRS JANET R McALILEY VICE CHAIRMAN

MRS ETHEL BECKHAM                                MS JOYCE KNOX
MR G HOLMES BRADDOCK                             DR MICHAEL KROP
                    MR ROBERT RENICK
      DR LEONARD BRITTON SUPERINTENDENT OF SCHOOLS

---

**BAHAMAS TELECOMMUNICATIONS CORPORATION**

**INSTRUCTIONS**

1. To call The Bahamas from a touch tone phone in the following countries dial:
   United States ........... 1-800-854-3673    United Kingdom ......... 0-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
   Canada ................... 1-800-463-0585   Switzerland ............ 1-555-234

2. To access the system (button) to make outbound calls) dial
   New Providence ........ 356-7525    Grand Bahama ........... 351-CARD
   Family Islands ........ 1-242-300-CARD

3. On answer please follow instructions and dial the number you are trying to reach

4. To make another call, do not hang up. Press "*" and repeat step three above.

5. To recharge your account (buy additional time) visit any BATELCO station in The Bahamas

Serial # 143013B

132166797139

...FOR INFORMATION ... PLEASE TAKE THIS CARD ...   ... ELECTRONICS

PLEASE PRINT

X

MAIL ANY    JANE CARROLL
CHANGES TO

