00-6114-CR-Zloch

DEFT: Sean Fitzgerald Thompson (J)#   CASE NO: 00-7075-AMS
AUSA: Lynn Rosenthal /Kaplan   ATTNY: FPD Bernardo
AGENT: _____   VIOL: _____
FILED by ___ D.C.
MAY 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

PROCEEDING: PTD Hearing   BOND REC: _____
BOND HEARING HELD — (yes) no   COUNSEL APPOINTED: _____
BOND SET @ $150,000 Corp Surety
CO-SIGNATURES: _____
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passport/other travel documents.
4) Rpt to PTS as directed /or _____ week/month by phone; _____ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses:
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) _____ Halfway House
_____ Electronic Monitoring

Reading of Indictment waived
Not guilty plea entered
Jury trial demanded
Standing Discovery Order requested

✓ Govt proceeds by proffer - risk of flight

Both sides stipulate to a $150,000 Corp. Surety w/nebbia - reserving right to proceed w/ PTD hearing (continuation of) at a later date)

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
* No tapes or transcripts
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: 5-18-00  11:00am  BSS
STATUS CONFERENCE: 5-24-00  11:00am  SNOW

DATE: 5-9-00   TIME: 10:30am   TAPE # 00-033   PG # 4

1309-1799
Recalled 00-033   12
2900-2932