DEFT: Sean Fitzgerald Thompson (J)# CASE NO: 00-6114-CR-Zloch
AUSA: Lynn Rosenthal / Kaplan ATTNY: FPD: Fernando Lopez present
AGENT: VIOL:
PROCEEDING: Motion to reconsider bail determination BOND REC:

FILED by ___ D.C.
MAY 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

BOND HEARING HELD - yes/no    COUNSEL APPOINTED:
BOND SET @ $100,000 PSB
CO-SIGNATURES: Mr Freeney, father & brother - (by tomorrow)
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to: Broward County
12) ___ Halfway House
    ___ Electronic Monitoring paid by PTS
    House arrest — 24 hrs a day
    reside at current

1 - Must sign waiver of extradition

- Govt has until 2:00 to appeal

NEXT COURT APPEARANCE:     DATE:       TIME:       JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 5-11-00     TIME: 11:00am     TAPE # 00-035     PG # 12
1344-2135

17