---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6114-CR-ZLOCH
MAGISTRATE JUDGE CASE NO. 00-4095-AMS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SEAN FITZGERALD THOMPSON,

        Defendant.

_____/

## MOTION TO AMEND CONDITIONS OF BOND

The defendant, Sean F. Thompson, by and through undersigned counsel, hereby respectfully requests that this court amend his conditions of bond to allow Mr. Thompson to attend religious services at his house of worship, Mount Olive Baptist Church. In support of this motion, defendant states as follows:

1. On May 11, 2000, Mr. Thompson appeared before United States Magistrate Judge Seltzer for a hearing on a motion for reconsideration of this Court's bail determination.

2. Following the hearing, Magistrate Judge Seltzer ordered Mr. Thompson released on a personally surety bond co-signed by Mr. Thompson's father, Patrick Thompson Sr., and his brother, Patrick Thompson Jr., as well as Mr. Thompson's partner, Mr. Todd Frenney. In addition, the Court set special conditions of bond that included twenty-four-hour house arrest and electronic monitoring.

3. At the hearing, counsel for Mr. Thompson neglected to address the issue of worship services. However, Mr. Thompson and Mr. Frenney have regularly attended Mount Olive Baptist

Church, a Baptist church in their neighborhood, for approximately three years Mr Thompson would like to continue to attend worship services during his period of house arrest

4. The worship services would take place Sundays at 7:45 a.m. at Mount Olive Baptist Church, 400 N.W. Ninth Avenue, Ft. Lauderdale, 33311, and lasts approximately two hours. Mr. Frenney would accompany Mr. Thompson to the worship services

5. Undersigned counsel left a message with AUSA Lynne Rosenthal but was unable to ascertain whether the government has an objection to the request.

WHEREFORE, Defendant, Sean F. Thompson, respectfully requests this Court to amend its bond conditions to allow Mr. Thompson to practice his religion by attending weekly worship services at Mount Olive Baptist Church

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: ______________________

Bernardo Lopez
Assistant Federal Public Defender
Florida Bar No 884995
101 N.E. Third Avenue, Suite 202
Ft Lauderdale, FL 33301-1100
Telephone (954) 356-7436/Facsimile(954)356-7556

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing was mailed on this 15th day of May, 2000 to Lynne Rosenthal, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301

______________________
Bernardo Lopez

S:\LOPEZ\Sean\Pbnd2.wpd

