UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6114-CR-ZLOCH
MAGISTRATE JUDGE SELTZER CASE NO. 00-4095-AMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SEAN FITZGERALD THOMPSON,

    Defendant.

_____/

## ORDER

THIS MATTER having come before the Court upon the Defendant's Motion to Amend Conditions of Bond to allow him to attend religious services at his house of worship at Mount Olive Baptist Church and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the Defendant's Motion is GRANTED. Defendant is allowed to attend religious services at his house of worship at Mount Olive Baptist Church.

DONE AND ORDERED this _____ day of May, 2000 at Fort Lauderdale, Florida.

BARRY S. SELTZER
United States Magistrate Judge

cc:    Bernardo Lopez, AFPD
       Lynne Rosenthal, AUSA

3