UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          )      CASE NO. 00-6114-CR-ZLOCH
                                  )      Magistrate Judge Seltzer
                                  )
                                  )
v.                                )           **NIGHT BOX**
                                  )            **FILED**
                                  )
SEAN FITZGERALD THOMPSON          )           MAY 2 3 2000
                                  )
Defendant.                        )
_____ )      CLARENCE MADDOX
                                         CLERK, USDC / SDFL / FTL'

## GOVERNMENT'S RESPONSE TO
## THE STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing Discovery Order. This

response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16,

and is numbered to correspond with Local Rule 88.10.

- A.    1.    Attached, please find a copy of any written statements made by the
              defendant.

-       2.    The following is the substance of an oral statement made by the
              defendant before or after arrest in response to interrogation by any
              person then known to the defendant to be a government agent which
              the government intends to use at trial: The defendant admitted
              working and living in the Bahamas. The defendant admitted that no
              U.S. birth certificate existed to document his birth

-       3.    No defendant testified before the Grand Jury.

-       4.    The NCIC record of the defendant, if any exists, will be made
              available upon receipt by this office.

-       5.    Books, papers, documents, photographs, tangible objects, buildings



or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected at a mutually convenient time at the Office of the United States Attorney, 500 East Broward Blvd., Fort Lauderdale, Florida, Suite 700. Please call the undersigned to set up a date and time that is convenient to both parties. The undersigned will tentatively set the date for May 31, 2000 at 10:00. Please call the undersigned with 48 hours notice if you intend to review the evidence at this date and time.

The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial.

6.      There were no physical or mental examinations or scientific tests or experiments made in connection with this case.

B.      DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.      The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976).

D.      The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of Giglio v. United States, 405 U.S. 150 (1972), or Napue v. Illinois, 360 U.S. 264 (1959).

E.      The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial.

F.      No defendant was identified in a lineup, show up, photo spread or similar identification proceedings.

G.      The government has advised its agents and officers involved in this case to preserve all rough notes

2

H.        The government will timely advise the defendant of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

I.        The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any electronic surveillance.

J.        The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K.        No contraband is involved in this indictment.

L.        The government does not know of any automobile, vessel, or aircraft allegedly used in the commission of this offense that is in the government's possession.

M.        The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of the defendant.

N.        To date, the government has not received a request for disclosure of the subject-matter of expert testimony that the government reasonably expects to offer at trial.

O.        The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial. These stipulations will be discussed at the discovery conference.

P.        At the discovery conference scheduled in Section A.5, above, the government will seek written stipulations to agreed facts in this case, to be signed by the defendant and defense counsel.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

The attachments to this response are numbered pages 1 - 9  Please contact the

3

undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By:

LYNN D. ROSENTHAL
Assistant United States Attorney
Florida Bar No. 343226
50 East Broward Blvd.
Suite 700
Fort Lauderdale, Florida 33394
954-356-7255

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by

United States mail this 24 day of May, 2000 to:Bernardo Lopez, Assistant Federal Public

Defender, 101 N.E. 3rd Ave, Suite 202, Fort Lauderdale, Florida 33301

Assistant United States Attorney

4

*...this way social security benefits you:*

▶ lose your card—to get a duplicate card
▶ change your name—to get a card in your new name.
▶ are unable to work because of a severe disability expected to last a year or more.
▶ are 62 or older—to ask about retirement checks.
▶ are within 2 or 3 months of age 65, even if you don't plan to retire—to sign up for Medicare.

U.S. Department of Health, Education, and Welfare
Social Security Administration
Form OA-702 (4-76)

10 316 08





NOTHING WILL EVER BE ATTEMPTED IF ALL
POSSIBLE OBJECTIONS MUST FIRST BE OVERCOME
OR SAMUEL JOHNSON

THE SCHOOL BOARD OF DADE COUNTY, FLORIDA

MR PAUL L. CEJAS CHAIRMAN

MRS. JANET R. McALILEY VICE CHAIRMAN

MRS. ETHEL BECKHAM
MR G. HOLMES BRADDOCK

MS. JOYCE KNOX
DR. MICHAEL KROP

MR. ROBERT RENICK

DR. LEONARD BRITTON SUPERINTENDENT OF SCHOOLS



**BAHAMAS TELECOMMUNICATIONS CORPORATION**

**INSTRUCTIONS**

1  To call The Bahamas from a touch tone phone in the following countries dial:
   United States ..........1-800-854-3673    United Kingdom........0-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
   Canada ................1-800-463-8545    Switzerland ..............1-555-234

2  To access the system dial, to make outbound calls, dial:
   New Providence        356-2525    Grand Bahama ........351-CARD
   Family Islands    1 242 300-CARD

3  On answer, please follow instructions and dial the number you are trying to reach

4  To make another call, do not hang up. Press '*' and repeat step three above

5  To recharge your account, buy additional time, visit any BATELCO station in The Bahamas.

   Serial #    14301 38

   132166797139

...THE INFORMATION PLEASE TEAR OUT...

PLEASE PRINT!



MAIL ANY    JANE CARROLL
CHANGES TO:

X

## OFFICE of VITAL STATISTICS

CERTIFIED COPY

January 13, 1998

Sean Thompson
5670 Buchanan Street
Hollywood Fla   33021

Dear Applicant,

This is to certify that a thorough search of the central
registry of Florida containing all counties in Florida has
failed to locate a record that falls within the criteria
specified below:

Type of event:        Birth

Name(s):              Sean Fitzgerald Thompson

Calendar year(s) searched:    1964

This statement may be used as prima facie evidence that, based
upon the information provided, the event is not recorded in
this registry.

Sincerely,

Kenneth T. Jones
Vital Statistics Administrator
Office of Vital Statistics

pk 980090093

HRS Form 1226, Apr 90

THIS IS A CERTIFIED TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE

BY                                              State Registrar

**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY WATERMARKED PAPER AND CONTAINS
SECURITY FIBERS. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK

9454757      THE DOCUMENT FACE CONTAINS A MULTI-COLORED BACKGROUND AND GOLD EMBOSSED SEAL. THE BACK
             CONTAINS SPECIAL LINES WITH TEXT AND SEALS IN THERMOCHROMIC INK.

FLORIDA DEPARTMENT OF
HEALTH

HRS FORM 1564 (10-96)

**CERTIFICATION OF VITAL RECORD**

VOID IF ALTERED OR ERASED

cr-06114-WJZ   Document 22   Entered on FLSD Docket 05/25/2000   Pa...

# THE FREEPORT HIGH SCHOOL PERMANENT RECORD CARD

POST OFFICE BOX 9901     FREEPORT, BAHAMAS

NAME: **THOMPSON** (LAST) **SEAN** (FIRST) **FITZGERALD** (MIDDLE)

PARENT'S NAME: MARIA A.T. THOMPSON

ADDRESS: 52 EPSON ROAD

PLACE OF BIRTH: NASSAU

PARENT'S OCCUPATION: OFFICE MANAGERESS

DATE OF BIRTH: 04 (DAY) 11 (MONTH) 64 (YEAR)

DATE ENTERED: 21 (DAY) 08 (MONTH) 78 (YEAR)

PREVIOUS SCHOOL: HAWKSBILL HIGH SCHOOL

DATE OF SATISFACTORY COMPLETION (GRADUATION): (DAY) (MONTH) (YEAR)

**(FORM I) 7TH**
| SUBJECT | | | C/R EX. |
|---|---|---|---|
| LANGUAGE | | | |
| LITERATURE | | | |
| FRENCH/SPANISH | | | |
| HISTORY | | | |
| GEOGRAPHY | | | |
| MATHEMATICS | | | |
| TECHNICAL DRAWING | | | |
| HOME ECONOMICS | | | |
| BIOLOGY | | | |
| CHEMISTRY | | | |
| PHYSICS | | | |
| ART | | | |
| PHYS ED & GAMES | | | |
| BUSINESS STUDIES | | | |
| RELIGIOUS STUDIES | | | |

**(FORM II) 8TH**

**(FORM III) 9TH**

**(FORM IV) 10TH**

**(FORM V) 11TH**

**(FORM VI) 12TH**

**(FORM VII) 13TH**

SCHOLARSHIP columns (YEAR):
| | 1 | 2 | 3 | EX. |
|---|---|---|---|---|
| | 57 | 63 | 55 | |
| | 46 | 74 | 73 | |
| | 8 | 54 | 41 | |
| | 64 | 94 | | |
| | 68 | 64 | 7 | |
| | 45 | 63 | 6 | |
| | 41 | 45 | | |
| | 70 | 61 | 17 | |
| | 73 | 71 | 65 | |
| | | 65 | | |
| | 81 | 72 | 56 | |

4 Maths

**GRAND BAHAMA**
*Beach*
HOTEL

May 8, 1997

American Embassy
Nassau, New Providence
Bahamas

Dear Sirs/Madame,

**RE: Mr. Sean Thompson**

This serves to confirm the employment of Mr. Sean Thompson with
our company. He is desirous of obtaining a **"visitor's visa"** for
**his son**, Sean Thompson Jr.

Any assistance given to him in obtaining this document will be
appreciated.

Sincerely yours,
**GRAND-BAHAMA BEACH HOTEL**

Mercylith Ferguson
Human Resources Manager

/mf

P.O. Box F-42496, Royal Palm Way, Freeport, Grand Bahama, Bahamas
Telephone: (809) 3-1-1333 / Fax: (809) 373-8662

May-03-2000 03:01pm From-US EMBASSY +3287838 T-659 P.005/009

cr-06114-WJZ Document... Entered on FLSD Docket 05/25/2000 Pa...



NONIMMIGRANT VISA APPLICATION

1. NAME... THOMPSON

2. FIRST NAME AND MIDDLE NAME (Exactly as in Passport)
SEAN FITZGERALD I

3. OTHER NAMES (Maiden, Religious, Professional, Aliases)

4. DATE OF BIRTH (Day, Month, Year)
04-11-64

5. PASSPORT NUMBER
R090009

5. PLACE OF BIRTH
City, Province: NASSAU
Country: BAHAMAS

DATE PASSPORT ISSUED (Day, Month, Year)
02-07-96

6. NATIONALITY
BAHAMAS

7. SEX
☐ MALE
☐ FEMALE

DATE PASSPORT EXPIRES (Day, Month, Year)
02-07-06

8. HOME ADDRESS (Include apartment no., street, city, province, and postal zone)
#1A WATER FALL DRIVE
P.O. BOX F-41326 FREEPORT, BAHAMAS

10. NAME AND STREET ADDRESS OF PRESENT EMPLOYER OR SCHOOL (Postal box number unacceptable)
GRAND BAHAMA BEACH HOTEL
ROYAL PALM WAY P.O. BOX F-42496 FREEPORT BAHAMAS

11. HOME TELEPHONE NO.
(809) 373-6357

12. BUSINESS TELEPHONE NO.
(809) 373-1333

13. COLOR OF HAIR
BLACK

14. COLOR OF EYES
BROWN

15. COMPLEXION
BROWN

16. HEIGHT
6'0

17. MARKS OF IDENTIFICATION
SCARS ON FACE

18. MARITAL STATUS
☐ Married ☐ Single ☐ Widowed ☐ Divorced ☐ Separated
If married, give name and nationality of spouse
ANTOINETTE M. THOMPSON (BAHAMIAN)

19. NAMES AND RELATIONSHIPS OF PERSONS TRAVELING WITH YOU (NOTE: A separate application must be made for a visa for each traveler, regardless of age.)
ANTOINETTE M. THOMPSON (WIFE)
SEAN F. THOMPSON II (SON)

20. HAVE YOU EVER APPLIED FOR A U.S. VISA BEFORE, WHETHER IMMIGRANT OR NONIMMIGRANT?
☐ No
☑ Yes Where? NASSAU
When? FEB 25 1913 Type of visa? B-2
☑ Visa was issued ☐ Visa was refused

21. HAS YOUR U.S. VISA EVER BEEN CANCELED?
☑ No
☐ Yes Where?
When? By whom?

24. PRESENT OCCUPATION (If retired, state past occupation)
HOTEL NIGHT MANAGER

25. WHO WILL FURNISH FINANCIAL SUPPORT, INCLUDING TICKETS?
MYSELF / SPOUSE

26. AT WHAT ADDRESS WILL YOU STAY IN THE U.S.A?
HOTEL

27. WHAT IS THE PURPOSE OF YOUR TRIP?
VACATION

28. WHEN DO YOU INTEND TO ARRIVE IN THE U.S.A?
AUGUST 21, 1996

29. HOW LONG DO YOU PLAN TO STAY IN THE U.S.A?
1 WEEK

30. HAVE YOU EVER BEEN IN THE U.S.A?
☐ No
☑ Yes When? NOV 4, 1995
For how long? 3 DAYS

COMPLETE ALL QUESTIONS ON REVERSE OF FORM

**APPLICATION FOR** ☑ **PASSPORT** ☐ **REGISTRATION**

(Type or print all capital letters in blue or black ink in white areas only)

**1. NAME (First and Middle)**
S E A N   F I T Z G E R A L D

**LAST**
T H O M P S O N

045946581

☐ 5 Yr.   ☐ 10 Yr.   Issue Date _____

R   D   O   DP

End # _____      Exp. _____

**2. MAIL PASSPORT TO: STREET / RFD # OR P.O. BOX**   **APT. #**
5 4 0   N W   4 T H   A V E N U E      2 9 0 8

**CITY**
F O R T   L A U D E R D A L E

**STATE**
F L

**ZIP CODE**
3 3 3 1 1

**COUNTRY / IN CARE OF (if applicable)**
U S A

**3. SEX** ☑ M ☐ F

**4. PLACE OF BIRTH (City & State or City & Country)**
M I A M I   F L O R I D A

**5. DATE OF BIRTH**
Month 1 1   Day 0 4   Year 6 4

**6. SOCIAL SECURITY NUMBER** (SEE FEDERAL TAX LAW NOTICE ON PAGE 2)
2 6 4   9 1   9 1 9 2

**7. HEIGHT** Feet 6 Inches 0   **8. HAIR COLOR** BLACK   **9. EYE COLOR** HAZEL   **10. HOME TELEPHONE** (954) 523-5156   **11. BUSINESS TELEPHONE** (954) 720-4000   **12. OCCUPATION** COMPUTER TECHNICAL ENGINEER

**13. PERMANENT ADDRESS (DO NOT LIST P.O. BOX)**   STREET/RFD #   CITY   STATE   ZIP CODE
540 N.W. 4TH AVE APT #2908   FT-LAUD   FL.   33311

**14. FATHER'S FULL NAME** Last THOMPSON First PATRICK   **BIRTHPLACE** MIA, FL   **BIRTHDATE** 03/17/39   ☐ U.S. CIT. ☑ Yes ☐ No

**15. MOTHER'S FULL MAIDEN NAME** Last JOHNSON First MARDA   **BIRTHPLACE** SOUTH CAROLINA   **BIRTHDATE** 08/17/42   ☐ U.S. CIT. ☑ Yes ☐ No

**16. HAVE YOU EVER BEEN MARRIED?** ☐ Yes ☑ No   **SPOUSE'S OR FORMER SPOUSE'S FULL NAME AT BIRTH** N/A   **BIRTHPLACE** N/A   **BIRTHDATE** N/A   ☐ U.S. CIT. ☐ Yes ☐ No

**DATE OF MOST RECENT MARRIAGE** Month ___ Day ___ Year ___   **WIDOWED/DIVORCED** ☐ Yes Give Date ___ ☐ No

**17. OTHER NAMES YOU HAVE USED** N/A

**18. HAVE YOU EVER BEEN ISSUED A U.S. PASSPORT?** ☐ Yes ☑ No   IF YES, COMPLETE NEXT LINE AND SUBMIT PASSPORT IF AVAILABLE
NAME IN WHICH ISSUED   MOST RECENT PASSPORT NUMBER   APPROXIMATE ISSUE DATE

**DISPOSITION:** ☐ Submitted ☐ ____ ☐ Lost ☐ ____

It is necessary to submit a statement with an application for a new passport when a previous valid passport cannot be presented. The statement must set forth in detail why the previous passport cannot be presented. Use Form DSP-64.

**19. EMERGENCY CONTACT** If you wish, you may supply the name, address and telephone number of a person not traveling with you to be contacted in case of emergency.

NAME TODD FREGNEY
STREET 1740 N.E. 2ND LANE
CITY BOYNTON BEACH   STATE FL.   ZIP CODE 33435
TELEPHONE 561 734-7130   RELATIONSHIP FRIEND

**20. TRAVEL PLANS**
Date of Trip 04 30 00
Length of Trip 3 DAYS
COUNTRIES TO BE VISITED BAHAMAS

**21. STOP. DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY PERSON ADMINISTERING OATH.** I have not, since acquiring United States citizenship, performed any of the acts listed under "Acts or Conditions" on the reverse of this application form (unless explanatory statement is attached). I solemnly swear (or affirm) that the statements made on this application are true and the photograph attached is a true likeness of me.

X _____   X _____

Parent's/Legal Guardian's Signature if identifying minor child   Applicant's Signature - age 13 or older

**22. FOR ACCEPTANCE AGENT'S USE**
Subscribed and sworn to (affirmed) before me
Month 04 Day 10 Year 00   (SEAL)
(Signature of person authorized to accept application)
BOARD OF COUNTY COMMISSIONERS
BROWARD COUNTY FLORIDA

☑ Clerk of Court, Location FT. LAUDERDALE BROWARD COUNTY
☐ PASSPORT Agent
☐ Postal Employee
☐ Vice Consul USA

**23. APPLICANT'S IDENTIFYING DOCUMENTS**
☑ DRIVER'S LICENSE   ISSUE DATE: Month ___ Day 5 Year 09   EXPIRATION DATE: Month ___ Day 04 Year 03   ID No. T512-786-64-404-0
☐ PASSPORT
☐ OTHER (Specify) _____   PLACE OF ISSUE ___ FL   ISSUED IN THE NAME OF Sean Fitzgerald Thompson

**24. FOR ISSUING OFFICE USE ONLY (Applicant's evidence of citizenship)**
☐ Nt'ral No birth record, FL, 1-13-98
☐ Birth Certificate of father, City ___ Filed/Issued ___
☐ Passport Bearer's Name ___ Patrick Thompson, 5-22-98
☐ Report of Birth Certificate, 1-3-65/81
☐ Naturalization/Citizenship Cert.   No   Issued ___
☐ Other School records, 1980 (age 16)
☐ Seen & Returned
☐ Attached

APPLICATION APPROVAL

**25.** FEE $45 MB   EXEC $35 EF   EF ___   OTHER ___

FORM DSP-11 (2-97)   (SEE INSTRUCTIONS ON PAGE 2)   Form Approved OMB No. 1405-0004 (Exp. 5/31/2001) Estimated Burden - 20 Minutes

DESIRE TO IMMIGRATE TO THE U.S.? (If HAS ANYONE EVER FILED AN IMMIGRANT VISA PETITION ON YOUR BEHALF?

HAS LABOR CERTIFICATION FOR EMPLOYMENT IN THE U.S. EVER BEEN REQUESTED ON YOUR BEHALF

(a) ☑ No  ☐ Yes        (b) ☑ No  ☐ Yes        (c) ☑ No  ☐ Yes

32. ARE ANY OF THE FOLLOWING IN THE U.S ? (If YES, circle appropriate relationship and indicate that person's status in the U.S., i.e., studying, working, U.S. permanent resident, U.S. citizen, etc.)

HUSBAND/WIFE _____  FIANCE/FIANCEE _____  BROTHER/SISTER _____

FATHER/MOTHER _____  SON/DAUGHTER _____

33. PLEASE LIST THE COUNTRIES WHERE YOU HAVE LIVED FOR MORE THAN 6 MONTHS DURING THE PAST 5 YEARS BEGIN WITH YOUR PRESENT RESIDENCE

| Countries | Cities | Approximate Dates |
|---|---|---|
| FREEPORT BAHAMAS | FREEPORT | JULY 07/1992 – PRES |

34. IMPORTANT. ALL APPLICANTS MUST READ AND CHECK THE APPROPRIATE BOX FOR EACH ITEM.

A visa may not be issued to persons who are within specific categories defined by law as inadmissible to the United States (except when a waiver is obtained in advance). Are any of the following applicable to you?

- Have you ever been afflicted with a communicable disease of public health significance, a dangerous physical or mental disorder, or been a drug abuser or addict? . . . . . . . . . . .  ☐ Yes  ☑ No

- Have you ever been arrested or convicted for any offense or crime, even though subject of a pardon, amnesty, or other such legal action? . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes  ☑ No

- Have you ever been a controlled substance (drug) trafficker, or a prostitute or procurer? . . . .  ☐ Yes  ☑ No

- Have you ever sought to obtain or assist others to obtain a visa, entry into the U.S., or any U.S. immigration benefit by fraud or willful misrepresentation? . . . . . . . . . . . . . . . .  ☐ Yes  ☑ No

- Were you deported from the U.S.A. within the last 5 years? . . . . . . . . . . . . . . . .  ☐ Yes  ☑ No

- Do you seek to enter the United States to engage in export control violations, subversive or terrorist activities, or any unlawful purpose? . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes  ☑ No

- Have you ever ordered, incited, assisted, or otherwise participated in the persecution of any person on because of race, religion, national origin or political opinion under the control, direct or indirect, of the Nazi Government of Germany, or of the government of any area occupied by, or allied with the Nazi Government of Germany, or have you ever participated in genocide? . . . . . .  ☐ Yes  ☑ No

A YES answer does not automatically signify ineligibility for a visa, but if you answered YES to any of the above, or if you have any question in this regard, personal appearance at this office is recommended. If appearance is not possible at this time, attach a statement of facts in your case to this application.

35. I certify that I have read and understood all the questions set forth in this application and the answers I have furnished on this form are true and correct to the best of my knowledge and belief. I understand that any false or misleading statement may result in the permanent refusal of a visa or denial of entry into the United States. I understand that possession of a visa does not entitle the bearer to enter the United States of America upon arrival at port of entry if he or she is found inadmissible.

DATE OF APPLICATION _____ JULY 22, 1996

APPLICANT'S SIGNATURE _____

If this application has been prepared by a travel agency or another person on your behalf, the agent should indicate name and address of agency or person with appropriate signature of individual preparing form

SIGNATURE OF PERSON PREPARING FORM (if other than applicant)

DO NOT WRITE IN THIS SP













INTL LONGSHOREMANS LOCAL F
440 NW 6 ST
FT LAUDERDALE FL 33311

SEAN FITZGERALD THOMPSON
APT 2908
540 NW 4 AVE
FT LAUDERDALE FL 33311

FT LAUDERDALE DIST 3

# Certificate of Baptism

✝

Church of

St. Francis Xavier Catholoic

Miami, Florida

⟨ This is to Certify ⟩

That ___Sean Fritzgerald Thompson___

Child of ___Patrick Voltaire Thompson___

and ___Maria Antonette Thompson___

born in ___Miami___ (CITY)    ___Florida___ (STATE)

on the ___4th___ day of ___November___ 19 __64__

was

## Baptized

on the ___3___ day of ___January___ 19__65__

According to the Rite of the Roman Catholic Church

by the Rev. ___Joseph O'keefe___

the Sponsors being ⎰ ___Norris Kerr___
⎱ ___Pamela Kerr___

as appears from the Baptismal Register of this Church.

Dated ___May 10, 1981___

_Fr. William E. Massis OMI_
Pastor