HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __SEAN FITZGERALD THOMPSON__ CASE NO: __00-6114-CR-ZLOCH__

AUSA __LYNN ROSENTHAL__ /Hummel ATTY FPD __Smargon__

Disc going out - possible plea    00-02?
June 7 for motions                @ 1478

DEFT __JOEL HERNANDEZ-CASTELLANOS__ CASE NO: __00-6112-CR-ZLOCH__

AUSA __BERTHA MITRANI__ /Hummel ATTY FPD __Wilcox__

Disc out - no pending motions - no tape
possible plea - 6-7 for motions           @ 1520

DEFT __MARIO ALVAREZ__ CASE NO: __00-6096-CR-DIMITROULEAS__

AUSA __LARRY BARDFELD__ /Hummel ATTY __FRANK RUBIO__ -pres

pro- Juan Gonzalez, Esq. for Omar Campos
Disc out - possible plea - 6-7 for mots  @ 1566

DEFT __JUDE CHARLES FREDERICK__ CASE NO: __00-6107-CR-ZLOCH__

AUSA __BRUCE BROWN__ /Hummel ATTY FPD __Smargon__

Disc out - no tape - poss. plea
                                          @ 1614

DEFT _____ CASE NO: _____

AUSA _____ ATTY _____


DEFT _____ CASE NO: _____

AUSA _____ ATTY _____


DATE __5/24/00__ TIME __10:00__

23