UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:  00-6114-CR-ZLOCH

**UNITED STATES OF AMERICA**

v.

**SEAN FITZGERALD THOMPSON**

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE                              COURTROOM A
299 E. BROWARD BLVD.               DATE & TIME:
FT. LAUDERDALE, Fl, 33301          June 19, 2000, at 9:00 AM

CALENDAR CALL - RESET BY COURT

                                 CLARENCE MADDOX
                                 CLERK OF COURT

                                 BY DEPUTY CLERK

DATE: May 25, 2000

cc:
Lynn Rosenthal, Esq., AUSA
Bernardo Lopez, Esq., AFPD

