UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6114-CR-ZLOCH

UNITED STATES OF AMERICA,      :

      Plaintiff,              :

v.                             :

SEAN FITZGERALD THOMPSON,      :

      Defendant.              :

FILED by _____ D.C.

MAY 2 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## STATUS REPORT

A status conference was held in this cause on May 24, 2000. At that conference, the parties informed the Court as follows:

1. Discovery was provided at the status conference.

2. Counsel for the defendant shall have until June 7, 2000, within which to file pretrial motions.

3. This case likely will be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this 25th day of May, 2000.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Lynn Rosenthal (FTL)
AFPD Bernardo Lopez (FTL)

25/DM