UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6114-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SEAN FITZGERALD THOMPSON,

    Defendant.

_____/

## MOTION TO PROVIDE COPIES OF PASSPORT INFORMATION

DEFENDANT, Sean Thompson, by and through undersigned counsel, hereby respectfully request that this court enter an order directing Pretrial Services to allow counsel for defendant to receive a photocopy of defendant's passport. In support of the motion, defendant states as follows:

1. Mr. Thompson was indicted on charges that he made a false statement regarding his citizenship in order to obtain a United States passport.

2. Magistrate Judge Seltzer released Mr. Thompson on a personal surety bond with the special conditions of house arrest and forfeiture of any passport or other travel documents in his possession.

3. Mr. Thompson complied with the conditions by turning in his valid Bahamian passport to Pretrial Services. The passport contained a valid visa for Mr. Thompson.

4. Mr. Thompson's family has hired an immigration attorney, Ms. Sharon Brown, to assist Mr. Thompson with his immigration status. As part of her representation of Mr. Thompson,

Ms. Brown requires a copy of Mr. Thompson's passport and visa.

5.  Undersigned counsel spoke with Mr. Thompson's Pretrial Officer, David Nuby, who informed undersigned counsel that although Pretrial Services was not authorized to release a photocopy of the passport, Pretrial Services would have no objection to a request for the information to this Court.

WHEREFORE, the defendant, Mr. Thompson, respectfully request that this Court enter an order directing Pretrial Services to provide a copy of Mr. Thompson's passport to undersigned counsel.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Bernardo Lopez
Assistant Federal Public Defender
Florida Bar No. 884995
101 N.E. Third Avenue, Suite 202
Ft. Lauderdale, FL 33301-1100
Telephone: (954) 356-7436/Facsimile(954)356-7556

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing was mailed on this ⎯⎯day of June, 2000 to Lynne Rosenthal, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

Bernardo Lopez

S:\LOPEZ\SeanT\passmtn.wpd