UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )    CASE NO. 00-6114-CR-ZLOCH
                         )    Magistrate Judge Seltzer
                         )
                         )
v.                       )
                         )
SEAN FITZGERALD THOMPSON )
                         )
    Defendant.           )
_____)

**GOVERNMENT'S RESPONSE TO
MOTION FOR PASSPORT**

The United States of America hereby responds to Defendant's motion for copy of his passport and states:

1. The defendant was arrested while attempting to obtain a United States Passport.

2. The defendant never received a United States passport.

3. At the time of his arrest, at the passport office in Miami, the defendant was not in possession of any passport.

4. The United States believes that based on the issuance of a visa, the defendant was in possession of a Bahamian passport.

5. At the defendant's bond hearing, the defendant was ordered to turn his passport or other travel documents over to the United States Pre-Trial Services. Assuming he complied with the court's order, Pre-Trial should be in possession of the passport.



6. The United States has no objection to the defendant reviewing the passport at Pre-Trial Services, but in light of the circumstances in this case, would oppose providing a complete copy to the defendant.

        Respectfully submitted,

        GUY A. LEWIS
        UNITED STATES ATTORNEY

By: *[signature]*
        LYNN D. ROSENTHAL
        Assistant United States Attorney
        Florida Bar No. 343226
        50 East Broward Blvd.
        Suite 700
        Fort Lauderdale, Florida 33394
        954-356-7255

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this June 27, 2000 to: Bernardo Lopez, Assistant Federal Public Defender, 101 N.E. 3rd Ave, Suite 202, Fort Lauderdale, Florida 33301

*[signature]*
LYNN D. ROSENTHAL
Assistant United States Attorney

2