UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6114-CR-ZLOCH



FILED by _____ D.C.

JUN 2 9 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SEAN FITZGERALD THOMPSON,

    Defendant.

_____/

## ORDER

THIS MATTER having come before the Court upon the Defendant's Motion to Provide Copies of Passport Information and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the Defendant's Motion is GRANTED. Pretrial Services is hereby directed to provide a photocopy of Defendant's passport to Defendant's counsel, the Federal Public Defender, Bernardo Lopez, Assistant Federal Public Defender.

DONE AND ORDERED this ___ day of June, 2000 at Fort Lauderdale, Florida.

                                       WILLIAM J. ZLOCH
                                       United States District Judge
                                       Magistrate

cc:    Bernardo Lopez, AFPD
        Lynne Rosenthal, AUSA