DEFT: Sean Fitzgerald Thompson (B)　　CASE NO: 00-6114-CR-Zloch
AUSA: Lynn Rosenthal /Jeff Kay/　　ATTNY: FPD: Bernardo Lopez *present*
AGENT: ___　　VIOL: ___
PROCEEDING: Status re partial indigence　　BOND REC: ___
BOND HEARING HELD - yes/no　　COUNSEL APPOINTED: FILED by ___ D.C.
___ BOND SET @ ___　　JUL -7 2000
CO-SIGNATURES: ___　　CLARENCE MADDOX
SPECIAL CONDITIONS: ___　　CLERK U.S. DIST. CT.
　　S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House
___ Electronic Monitoring

Δ - hasn't paid yet.
matter reset for
30 days.

NEXT COURT APPEARANCE:　　DATE:　　TIME:　　JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: *re partial indigence* 8-7-00   11:00am   BSS ✓
DATE: 7-7-00　　TIME: 11:00am　　TAPE # 00-654 PG # 2
2624-2693
*recalled*
31