UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
JUL 07 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6114-CR-Zloch    DATE 7-7-00
CLERK Carline Newby    REPORTER Carl Schanzleh
PROBATION    INTERPRETER

UNITED STATES OF AMERICA v. Sean Fitzgerald Thompson

U. S. ATTORNEY Lynn Rosenthal    DEFT COUNSEL Bernard Lopez

DEFENDANT: (PRESENT)    NOT PRESENT    (ON BOND)    IN CUSTODY

REASON FOR HEARING Change of Plea to Count 1

RESULT OF HEARING Deft entered a plea of guilty to Count 1

JUDGMENT Court accepted plea & adjudged deft guilty to Count 1

CASE CONTINUED TO 9-25-00    TIME 9:30    FOR Sentencing

MISC Written Plea Agreement

33