UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6114-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SEAN FITZGERALD THOMPSON,

    Defendant.

_____/



## MOTION TO AMEND CONDITIONS OF BOND

The defendant, Sean F. Thompson, by and through undersigned counsel, hereby respectfully requests that this court amend his conditions of bond following Mr. Thompson's entry of a plea of guilty. In support of this motion, defendant states as follows:

1. Mr. Thompson was charged in a three-count indictment with one count of making a false statement on a passport application in violation of 18 U.S.C. § 1542 (Count One), one count of misrepresenting United States citizenship in violation of 18 U.S.C. § 911 (Count Two), and one count of perjury in violation of 18 U.S.C. § 1621 (Count Three).

2. On July 7, 2000, Mr. Thompson entered a plea of guilty to count one of the indictment. The government dismissed counts two and three.

3. Mr. Thompson was taken into custody and made an initial appearance before United States Magistrate Judge Simonton on May 4, 2000. A bond hearing was held before United States Magistrate Judge Seltzer, and on May 11, 2000, Mr. Thompson was released on a $100,000.00 personal surety bond. As a condition of bond, Mr. Thompson was placed on twenty-four hour house

arrest and monitored electronically  Mr Thompson continues on house arrest.

4. At the change of plea hearing, Mr. Thompson requested that his conditions of bond be modified to a night-time curfew and that electronic monitoring be discontinued  Counsel for the government, Assistant United States Attorney Lynne Rosenthal stated that she had no objection to the request.

5. This Court directed both counsel to inform the probation office of the agreed conditions. However, undersigned counsel has been informed that Mr. Thompson will continue to be supervised by pretrial services until his sentencing  Mr. Thompson's pretrial supervisor, David Newby, has informed undersigned counsel that a written order from this Court is required in order to modify the conditions of bond.

6. Mr. Thompson would also adopt by reference the sentencing memorandum previously filed in this Court to support the instant motion.

WHEREFORE, Defendant, Sean F. Thompson, respectfully requests this Court to amend its bond conditions from twenty-four hour house arrest to a night-time curfew and to discontinue electronic monitoring.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Bernardo Lopez
Assistant Federal Public Defender
Florida Bar No. 884995
101 N.E. Third Avenue, Suite 202
Ft. Lauderdale, FL 33301-1100
Telephone: (954) 356-7436/Facsimile(954)356-7556

2

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing was mailed on this /3/ day of July, 2000 to Lynne Rosenthal, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

Bernardo Lopez

S:\LOPEZ\Sewn\l'bail3.wpd

3