UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6114-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

    V.                              O R D E R

SEAN FITZGERALD THOMPSON

    Defendant

_____

THIS MATTER is before the Court upon Motion To Amend Conditions of Bond (filed July 13, 2000). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion be and the same is hereby GRANTED. Bond conditions shall be amended to a night-time curfew in lieu of 24 hour house arrest. Electronic monitoring shall be discontinued.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___14th___ day of July, 2000.

                                      /s/ William J. Zloch
                                      WILLIAM J. ZLOCH
                                      Chief United States District Judge

cc:
Lynn Rosenthal, Esq., AUSA
Bernardo Lopez, Esq., AFPD
Pretrial Services