

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:  00-6114-CR-ZLOCH

UNITED STATES OF AMERICA

    v.

SEAN FITZGERALD THOMPSON

---

**TYPE OF CASE**            CRIMINAL

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

---

| | |
|---|---|
| **PLACE** | **COURTROOM A** |
| 299 E. BROWARD BLVD. | **DATE & TIME:** |
| FT. LAUDERDALE, Fl, 33301 | September 22, 2000, at 10:30 AM |

---

**SENTENCING - RESET BY COURT**

---

                                         CLARENCE MADDOX
                                         CLERK OF COURT

                                         BY DEPUTY CLERK

DATE: August 15, 2000

cc:
Lynn Rosenthal, Esq., AUSA
Bernardo Lopez, Esq.
Probation