FILED by _____ D.C.

AUG 2 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6114-CR-ZLOCH

UNITED STATES OF AMERICA

v.

SEAN FITZGERALD THOMPSON

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE                              COURTROOM A
299 E. BROWARD BLVD.               DATE & TIME:
FT. LAUDERDALE, Fl, 33301          September 27, 2000, at 10:30 AM

*SENTENCING - RESET BY COURT*

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: August 28, 2000

cc:
Lynn Rosenthal, Esq., AUSA
Bernardo Lopez, Esq., AFPD
Probation