UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6114-CR-ZLOCH



UNITED STATES OF AMERICA,)
                          )
          Plaintiff,      )
v.                        )
                          )
SEAN FITZGERALD THOMPSON, )
                          )
          Defendant.      )
_____)

COMES NOW the United States of America by and through the undersigned Assistant United States Attorney, gives notice that the above-captioned case has been reassigned to Assistant United States Attorney THOMAS P. LANIGAN.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: _____
    LYNN D. ROSENTHAL
    Assistant United States Attorney
    Florida Bar # 343226
    500 East Broward Blvd., Suite 700
    Fort Lauderdale, FL 33394



**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the

foregoing was sent to the below named on this _25th_ day of

September, 2000.

               Bernardo Lopez, Esq.
               Federal Public Defender Office
               101 N.E. 3RD. AVE. STE. 202
               Fort Lauderdale, FL 33316

               _Steven R. Citn_
               LYNN D. ROSENTHAL
               ASSISTANT UNITED STATES ATTORNEY

2