**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**HONORABLE WILLIAM J. ZLOCH**
**CRIMINAL MINUTES**

CASE NUMBER 00-6114-CR-Zloch  DATE 9-27-00
CLERK Carline Newby  REPORTER Carl Schanzleh
PROBATION Frank Smith  INTERPRETER

UNITED STATES OF AMERICA v. Sean Fitzgerald Thompson

U. S. ATTORNEY Thomas Lanigan  DEFT COUNSEL Bernardo Lopez

DEFENDANT: (PRESENT)  NOT PRESENT  (ON BOND)  IN CUSTODY

REASON FOR HEARING Sentencing

RESULT OF HEARING Ct 1 - 2 yrs Reporting Probation
$500 fine - $100 assessment
Spec Conds - Complete Financial
Disclosure - If deported not re-enter

JUDGMENT w/o prior written permission
of A.G. Non-Reporting if
deported - If Re-enter Report
w/in 72 hrs of Re-entry

CASE CONTINUED TO ___ TIME ___ FOR
to Probation

MISC FPD appointed for appeal

41