# UNITED STATES DISTRICT COURT
## SOUTHERN District of FLORIDA

SEP 28 2000

CLARENCE MADDOX
CLERK U.S. DIST CT
S.D. OF FLA. FT. LAUD

UNITED STATES OF AMERICA

V.

SEAN FITZGERALD THOMPSON

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

CASE NUMBER: 00-6114-CR-ZLOCH

BERNARDO LOPEZ, ESQ., AFPD
Defendant's Attorney

**THE DEFENDANT:**

[x] pleaded guilty to count(s) __1__

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:1542 | false statement in an application for a passport | 4/2000 | 1 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[x] Count(s) __remaining__ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 11/4/64

Defendant's USM No.: 60637-004

Defendant's Residence Address:
540 NW 4th Avenue Apt. 2908
Ft. Lauderdale, FL 33311

Defendant's Mailing Address:

9/27/00
Date of Imposition of Judgment

*(signature)*
Signature of Judicial Officer

WILLIAM J. ZLOCH
CHIEF UNITED STATES DISTRICT JUDGE
Name and Title of Judicial Officer

9/28/00
Date

TO THE EXTENT NOT OTHERWISE DISPOSED OF HEREIN, ALL PENDING MOTIONS ARE DENIED AS MOOT.

43

DEFENDANT:
CASE NUMBER:

## ADDITIONAL FINDINGS AND GUIDELINE APPLICATIONS EXCEPTIONS

No further action required by the U.S. Marshals Service.

James A Tassone
UNITED STATES MARSHAL

Ed Finchase SDUSM