UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
INTAKE
NOV 14 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

THE UNITED STATES OF AMERICA, )
                              )   CASE NUMBER
          PLAINTIFF,          )   00-6114-CR-ZLOCH
                              )
     VS.                      )
                              )
SEAN FITZGERALD THOMPSON,     )   THIS VOLUME:
                              )   PAGES 1 - 28
          DEFENDANT.          )
_____)


TRANSCRIPT OF PLEA COLLOQUY HAD BEFORE THE

HONORABLE WILLIAM J. ZLOCH, IN FORT LAUDERDALE, BROWARD

COUNTY, FLORIDA, ON FRIDAY, JULY 7, 2000, IN THE

ABOVE-STYLED MATTER.


APPEARANCES:

FOR THE GOVERNMENT:    LYNN ROSENTHAL, A.U.S.A.

FOR THE DEFENDANT:     BERNARD LOPEZ, A.F.P.D.


CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

CASE NO. 00-6114 Cr-Zloch

☐ DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED

---

☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.)_____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☑ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER=